| | |
|---|---|
| DAVID T. CUMMINGS,<br><br>            Plaintiff,<br><br>      v.<br><br>CARLA PETERSON, et al.,<br><br>            Defendants. | No. 2: 17-cv-1174 KJN P<br><br><br>ORDER |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 5, 2017. The court has not screened the complaint and no defendants have been served.

      On June 19, 2017, the new case documents served on plaintiff were returned unserved in an envelope marked "paroled, deceased."

      Accordingly, IT IS HEREBY ORDERED that:

      1. Within fourteen days of the date of this order, Supervising Deputy Attorney General Monica Anderson shall 1) inform the court whether plaintiff is deceased; and, if so, 2) provide the names and addresses of plaintiff's known successors or representatives;

////

////

1

2. The Clerk of the Court is directed to serve this order on Supervising Deputy Attorney General Monica Anderson.

Dated: July 13, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cum1174.ord (kc)