UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID T. CUMMINGS, | No. 2:17-cv-1174 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CARLA PETERSON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On June 19, 2017, the new case documents served on plaintiff were returned unserved in an envelope marked "paroled deceased." On July 13, 2017, the undersigned directed Supervising Attorney General Monica Anderson to inform the court whether plaintiff is deceased. (ECF No. 5.)

On July 26, 2017, Supervising Deputy Attorney General Anderson informed the court that plaintiff is not deceased. (ECF No. 6.) On June 4, 2017, plaintiff was discharged to the Los Angeles County Probation Department. (Id.) Supervising Deputy Attorney General Anderson informed the court that plaintiff may receive his mail through his probation officer, and provided that address. (Id.)

Plaintiff failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one days of the date of this order, plaintiff shall show cause why this action should not be dismissed for his failure to comply with Local Rule 183(b); failure to respond to this order will result in dismissal of this action;

2. The Clerk of the Court is directed to serve this order on the Los Angeles County Probation Department, 1660 W. Mission Blvd., Pomona, CA, 91767; Attention Probation Officer Travon Jackson/ AB 109 Unit.

Dated: August 9, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cum1174.osc