UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID T. CUMMINGS, <br><br> Plaintiff, <br><br> v. <br><br> CARLA PETERSON, et al., <br><br> Defendants. | No. 2: 17-cv-1174 KJN P <br><br> ORDER & FINDINGS & RECOMMENDATIONS |

On August 9, 2017, the undersigned granted plaintiff twenty-one days to show cause why this action should not be dismissed for his failure to keep the court apprised of his current address, as required by Local Rule 183(b). Twenty-one days passed and plaintiff failed to respond to the August 9, 2017 order.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to appoint a district judge to this action;

2. The Clerk of the Court is directed to serve this order on the Los Angeles County Probation Department, 1660 W. Mission Blvd., Pomona, CA, 91767; Attention Probation Officer Travon Jackson /AB 109 Unit; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

////

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 19, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cumm1174.fta